**DENIED and Opinion Filed May 16, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00342-CV**

**IN RE ERIC DRAKE, Relator**

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-2276307**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Miskel

In his April 10, 2024 amended petition for writ of mandamus, relator contends that the trial court has violated his right to a speedy trial and that the trial court has failed to rule on several of his pre-trial motions.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing relator's amended petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief. *See*

*Ex parte Sheffield*, 685 S.W.3d 86, 96–98 (Tex. Crim. App. 2023) (explaining the existence of adequate remedies to vindicate the speedy trial right, including a "motion to dismiss and appeal in the normal course and mandamus when trial is indefinitely postponed"); *In re Torres*, No. 05-22-00715-CV, 2022 WL 17485033, at *3 (Tex. App.—Dallas Dec. 7, 2022, orig. proceeding) (mem. op.) (explaining that whether a reasonable period of time for a judge to rule on a pending motion has elapsed is heavily circumstantial). We note that the record shows that respondent only recently received the underlying case after it was transferred to her on March 22, 2024, due to the previous judge's recusal.

Accordingly, we deny the amended petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a). In conjunction with his amended petition, relator also filed an amended emergency motion for temporary relief to stay all trial court proceedings. We deny the amended emergency motion as moot.

/Emily Miskel/
EMILY MISKEL
240342F.P05                                       JUSTICE